Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal
*Attorneys for Defendants Bleier & Cox, APC, and*
*National Collegiate Student Loan Trust 2004-1*

Joshua B Swigart, Esq. (SBN 225557)
HYDE AND SWIGART
2221 Camino Del Rio South Suite 101
San Diego, CA 92108
Tel:   619/233-7770
Fax:  619/297-1022
josh@westcoastlitigation.com
*Attorneys for Plaintiff Denise Didario*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE DIDARIO f/k/a, DENISE M. KORD, <br><br> Plaintiff, <br> vs. <br><br> BLEIER & COX, APC; and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, a Delaware Statutory Trust, <br><br> Defendants. | Case No. 16-CV-7168-FMO-MRW <br><br> STIPULATION TO DISMISS |

Plaintiff Denise Didario and Defendants Bleier & Cox, APC, and National Collegiate Student Loan Trust 2004-1through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: 3/15/2017    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
    */s/Damian P. Richard*
    Damian P. Richard
    Attorneys for Defendants
    Bleier & Cox, APC, and
    National Collegiate Student Loan Trust 2004-1

Dated: 3/15/2017    HYDE & SWIGART
    */s/Joshua B. Swigart*
    Joshua B. Swigart
    Attorneys for Plaintiff
    Denise Didario