UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE DIDARIO f/k/a, DENISE M. KORD,<br><br>           Plaintiff,<br>     vs.<br><br>BLEIER & COX, APC; and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, a Delaware Statutory Trust,<br><br>           Defendants. | Case No. 16-CV-7168-FMO-MRW<br><br>**ORDER GRANTING STIPULATION [26] TO DISMISS**<br><br>**Hon. Fernando M. Olguin** |

Based on the Stipulation to Dismiss Entire Action with Prejudice by Plaintiff Denise Didario and Defendants Bleier & Cox, APC and National Collegiate Student Loan trust 2004-1, the above-captioned action is hereby dismissed in its entirety with prejudice.

Date: March 16, 2017              _____/s/_____

                                                    Judge: Hon. Fernando M. Olguin